**SEALED**

Case 1:21-cr-00300-NONE-SKO  Document 3  Filed 12/09/21  Page 1 of 2

**FILED**
Dec 09, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TREVON ANTHONY MILLER, AKA Trevon Anthony Rodney, Defendant. | CASE NO. 1:21-cr-00300-NONE-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 9, 2021, charging the above defendant with a violation of 18 U.S.C. § 1341 – Mail Fraud (Five Counts); 18 U.S.C. § 981 (a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail,

///
///
///
///
///

that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: December 9, 2021    Respectfully submitted,

                       PHILLIP A. TALBERT
                       Acting United States Attorney

              By   /s/ Joseph D. Barton
                       JOSEPH D. BARTON
                       Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: December 9, 2021    _____
                             BARBARA A. McAULIFFE
                             U.S. Magistrate Judge