PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. TREVON ANTHONY MILLER, aka Trevon Anthony Rodney, Defendant. | Case No. 1:21-cr-00300-JLT-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: August 17, 2022<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |
|---|---|

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for August 17, 2022, may be continued until January 18, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform in this case. The parties agree that time under the Speedy Trial Act shall be excluded through January 18, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the Defendant to a speedy trial.

Dated: August 8, 2022

*/s/ Christina Corcoran*
CHRISTINA CORCORAN
Counsel for Trevon Miller

Dated: August 8, 2022

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00300-JLT-SKO |
| Plaintiff, | ORDER |
| v. | |
| TREVON ANTHONY MILLER, aka Trevon Anthony Rodney, | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for August 17, 2022, is continued until January 18, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through January 18, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: 8/10/2022

*Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE