1    PHILLIP A. TALBERT
     United States Attorney
2    JOSEPH D. BARTON
     Assistant United States Attorney
3    2500 Tulare Street, Suite 4401
     Fresno, CA 93721
4    Telephone:  (559) 497-4000
     Facsimile:   (559) 497-4099
5

6    Attorneys for Plaintiff
     United States of America
7

8

9                IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA            Case No. 1:21-cr-00300-JLT-SKO

13          Plaintiff,                   STIPULATION TO CONTINUE STATUS
                                         CONFERENCE; ORDER
14

15          v.

16   TREVON ANTHONY MILLER, aka Trevon   DATE:      January 18, 2023
     Anthony Rodney,
17                                       TIME:      1:00 p.m.
            Defendant.                   JUDGE:   Hon. Sheila K. Oberto
18

19

20        IT IS HEREBY STIPULATED by and between the parties through their respective that

21   the Status Conference scheduled for January 18, 2023, at 1:00 p.m., may be continued until May

22   3, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The government has produced

23   discovery to defense counsel.  Defense counsel has further investigation to perform in this case.

24   The parties agree that time under the Speedy Trial Act shall be excluded through May 3, 2023, in

25   the interests of justice, including but not limited to, the need for effective defense preparation

26   and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

27   ///

28   ///

1   The parties also agree that the ends of justice served by taking this action outweigh the best

2   interests of the public and of the defendant to a speedy trial.

3

4       Dated:  January 10, 2023                    /s/ Christina Corcoran
                                                     CHRISTINA CORCORAN
5                                                    Counsel for Trevon Miller

6
        Dated:  January 10, 2023                    /s/ Joseph Barton
7                                                    JOSEPH BARTON
                                                     Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    PHILLIP A. TALBERT
     United States Attorney
2    JOSEPH D. BARTON
     Assistant United States Attorney
3    2500 Tulare Street, Suite 4401
     Fresno, CA 93721
4    Telephone:  (559) 497-4000
     Facsimile:  (559) 497-4099
5    Attorneys for Plaintiff
     United States of America
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA              Case No. 1:21-cr-00300-JLT-SKO

              Plaintiff,                   ORDER
12

13        v.

14   TREVON ANTHONY MILLER, aka Trevon
     Anthony Rodney,
15
              Defendant.
16

17

18                              **ORDER**

19        Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled

20   for January 18, 2023, is continued until May 3, 2023, at 1:00 p.m., before the Honorable Sheila

21   K. Oberto.  The period through May 3, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§

     3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).
22

23        The parties shall be prepared to select a mutually agreeable trial date at the next status

24   conference.

25        IT IS SO ORDERED.

     DATED: 1/12/2023
26
                                           _Sheila K. Oberto_
27                                         _____
                                           HONORABLE SHEILA K. OBERTO
                                           UNITED STATES MAGISTRATE JUDGE
28

                                         4