1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  | UNITED STATES OF AMERICA | Case No. 1:21-cr-00300-JLT-SKO |
    |---|---|
    | Plaintiff, | STIPULATION TO VACATE TRIAL DATE AND SCHEDULE CHANGE OF PLEA |
    | v. | |
    | TREVON MILLER, | |
    | Defendant. | |

21      IT IS HEREBY STIPULATED between the parties that the trial scheduled for January

22  17, 2024, can be vacated, and a change of plea can be scheduled for March 4, 2024, at 10:00

23  a.m., before the Honorable Jennifer L. Thurston.  Time under the Speedy Trial Act has already

24  been excluded through January 17, 2024.

25  ///

26  ///

27  ///

28

The parties agree that time shall also be excluded from January 18, 2024, through March 4, 2024, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated:  November 20, 2023

/s/ Christina Corcoran
Christina Corcoran
Counsel for Trevon Miller

Dated:  November 20, 2023

/s/ Joseph Barton
Joseph Barton
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00300-JLT-SKO |
|---|---|
| Plaintiff, | ORDER TO VACATE TRIAL DATE AND SCHEDULE CHANGE OF PLEA |
| v. | |
| TREVON MILLER, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the trial that is scheduled for January 17, 2024, is vacated, and a change of plea is scheduled for March 4, 2024, at 10:00 a.m., before the Honorable Jennifer L. Thurston. Time under the Speedy Trial Act has been excluded through January 17, 2024.

///

///

///

Time shall also be excluded from January 18, 2024, through March 4, 2024, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **November 27, 2023**

_____
UNITED STATES DISTRICT JUDGE