IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>              v.<br><br>TREVON ANTHONY MILLER,<br><br>                        Defendant. | CASE NO.  1:21-CR-00300-JLT-SKO<br><br>ORDER AUTHORIZING APPLICATION OF CASH BOND DEPOSIT TO CRIMINAL DEBT |

The Court, having reviewed the court's files and the Motion for Order Authorizing Application of Cash Bond Deposit to Criminal Debt, and good cause appearing therefrom, hereby GRANTS the Motion.

Accordingly, IT IS ORDERED that the Clerk of the Court shall apply the cash deposit to Defendant's criminal monetary penalties upon entry of the criminal judgment, or, if Defendant is ordered to a period of confinement, upon Defendant's surrender, up to and including the total amount of the criminal monetary penalties imposed in the order stated in the Schedule of Payments section of the Judgment.

///

///

///

///

IT IS FURTHER ORDERED that if a balance remains on the criminal monetary penalties after the appearance bond is applied, any accrued interest shall also be applied to Defendant's criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment if the Clerk of the Court receives an IRS form W-9 signed by Defendant.

IT IS SO ORDERED.

Dated:   **June 18, 2024**

UNITED STATES DISTRICT JUDGE