PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TREVON MILLER, <br><br> Defendant. | Case No. 1:21-cr-00300-JLT-SKO <br><br> ORDER TO DISMISS REMAINING COUNTS IN INDICTMENT |

Upon the parties' stipulation, and for good cause shown, Counts One and Three through Five in the Indictment are dismissed without prejudice.

IT IS SO ORDERED.

Dated: June 26, 2024

HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE