1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,            CASE NO.  1:21-CR-00300-JLT-SKO

12                      Plaintiff,      STIPULATION RE PREVIOUSLY SEIZED
                                        FUNDS BEING APPLIED TOWARDS
   v.                                   DEFENDANT'S RESTITUTION
13
   TREVON MILLER,
14
                        Defendant.
15

16      In December 2021, an Indictment was issued in this case charging the defendant, Trevon

17 Miller, with mail fraud for submitting fraudulent claims for unemployment insurance. Then, in

18 February 2022, the United States Secret Service ("Secret Service") seized $23,756.00 from Mr.

19 Miller's account ending – 7989 at Ally Bank, pursuant to a seizure warrant issued by the

20 Honorable Erica P. Grosjean in Case No. 1:22-sw-00007-EPG.  The account was in the name of

21 Mr. Miller's alias, Trevon Rodney.  Mr. Miller subsequently pleaded guilty and, in June 2024,

22 was sentenced to a term of probation.  He was also ordered to pay a $100 assessment and $48,000

23 in restitution.

24      The $23,756 that was seized was not forfeited by the government and the parties agree

25 that the money should be applied towards Mr. Miller's outstanding criminal monetary penalties in

26 this case.  The parties also agree that the Secret Service should send the funds payable to "Clerk

27 of the Court" and mail to:

28

                                        1

Office of the Clerk
Re: Trevon Miller, 1:21-CR-00300
501 I Street, Suite 4-200
Sacramento, CA 95814

The parties agree that, upon receipt of the funds by the Clerk, the Clerk should apply the

funds in the order stated in the Schedule of Payments section of the Judgment.

IT IS SO STIPULATED.

Dated:  September 10, 2024                PHILLIP A. TALBERT
                                         United States Attorney

                                         /s/ Joseph Barton
                                         JOSEPH BARTON
                                         Assistant United States Attorney

Dated:  September 10, 2024                /s/ Trevon Miller
                                         TREVON MILLER

Dated:  September 10, 2024                /s/ Christina Corcoran
                                         CHRISTINA CORCORAN
                                         Counsel for Trevon Miller

2

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>                    v.<br><br>TREVON MILLER,<br><br>                                  Defendant. | CASE NO.  1:21-CR-00300-JLT-SKO<br><br>ORDER RE PREVIOUSLY SEIZED FUNDS BEING APPLIED TOWARDS DEFENDANT'S RESTITUTION |

Based upon the parties' stipulation, and for good cause shown, the $23,756.00 that the United States Secret Service ("Secret Service") previously seized from Mr. Miller's account ending – 7989 at Ally Bank, pursuant to a seizure warrant issued by the Honorable Erica P. Grosjean in Case No. 1:22-sw-00007-EPG, should be applied towards Mr. Miller's outstanding criminal monetary penalties in this case.  The Secret Service shall send the funds payable to "Clerk of the Court" and mail to:

> Office of the Clerk
> Re: Trevon Miller, 1:21-CR-00300
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

///

///

///

3

1   Upon receipt by the Clerk, the Clerk shall apply the funds in the order stated in the Schedule

2   of Payment section of the Judgment.

3   IT IS SO ORDERED.

4       Dated:   **September 10, 2024**

5                                             UNITED STATES DISTRICT JUDGE

4